**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 99-1593**

────────────

VICTOR HIGH,

Plaintiff - Appellant,

versus

JOHN KENNEDY, Clerk of Superior Court, Wake
County, North Carolina,

Defendant - Appellee.

────────────

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. W. Earl Britt, Senior District
Judge. (CA-98-685-5-BR)

────────────

Submitted: July 8, 1999          Decided: July 14, 1999

────────────

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

────────────

Affirmed by unpublished per curiam opinion.

────────────

Victor High, Appellant Pro Se. Charles Jerome Murray, OFFICE OF THE
ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for
Appellee.

────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Victor High appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See High v. Kennedy, No. CA-98-685-5-BR (E.D.N.C. Mar. 3, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED